STATE, RESPONDENT, *v.* LEO, APPELLANT.

(No. 5,694.)

(Submitted March 30, 1925. Decided April 25, 1925.)

[235 Pac. 720.]

(For syllabus, see *State* v. *Rice, ante,* p. 272, 235 Pac. 716.)

*Appeal from District Court of Custer County; S. D. McKinnon, Judge.*

JOE LEO was convicted of the unlawful possession of intoxicating liquor, and appeals from the judgment. Affirmed.

*Mr. Homer G. Murphy* and *Mr. H. G. McIntire,* for Appellant, submitted a brief; *Mr. McIntire* argued the cause orally.

*Mr. L. A. Foot,* Attorney General, and *Mr. Rudolph Nelstead,* County Attorney of Custer County, submitted a brief in behalf of the State; *Mr. A. H. Angstman,* Assistant Attorney General, argued the cause orally.

MR. JUSTICE STARK delivered the opinion of the court.

The defendant in this action was convicted of a crime of unlawfully possessing intoxicating liquors by the verdict of

a jury in the district court of Custer county, and has ap-
pealed to this court from the judgment entered thereon.

The proceedings at the trial of this case in the lower
court, as well as the points urged in defendant's brief on .
this appeal, are so similar to those in the case of *State* v.
*Rice, ante,* p. 272, 235 Pac. 716, that the determination of one
necessarily controls the other.

On the authority of *State* v. *Rice, supra,* the judgment in
this case is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES
HOLLOWAY, GALEN and MATTHEWS concur.